## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Sharon Urbia,                                Civil No.  04-3739 (RHK/SRN)

       Plaintiff,

       v.                                        <u>**ORDER**</u>

Jo Anne B. Barnhart,
Commissioner of Social Security,

       Defendant.

---

For the reasons set forth in Magistrate Judge Susan Richard Nelson's thorough and well reasoned Report and Recommendation, the Court, after conducting a de novo review, concludes that the recommended disposition is fully supported by the record and controlling legal principles. Accordingly, Defendant's Objection will be overruled and the Report and Recommendation adopted.

Upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 30) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 29) is **ADOPTED**;

3. Defendant's Motion for Summary Judgment (Doc. No. 22) is **DENIED.**

4. Plaintiff's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**; and

5.  The Commissioner's decision is **REVERSED** and the matter is **REMANDED** for an

award of benefits to Plaintiff based upon a disability onset date of October 31, 1979.

Dated:  August 31, 2005

s/Richard H. Kyle                         
RICHARD H. KYLE
United States District Court Judge